IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARL STEPHENS**                                                                 **PLAINTIFF**

v.                   **Case No. 4:20-cv-00918-LPR-JTR**

**CODY MUSSELWHITE,**                                        **DEFENDANTS**
**Taskforce Officer,** *et al.*

## ORDER

The Court has received a Partial Recommended Disposition from Magistrate Judge J. Thomas Ray. (Doc. 9). No objections have been filed, and the time to do so has now passed.[1] After careful review of the Partial Recommended Disposition and the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in its entirety.

IT IS THEREFORE ORDERED that Mr. Stephens may PROCEED with his § 1983 claims for damages against Cody Musselwhite, Courtney Kelly, Officer Green, Delouis Epperly, and Lafyette Woods, Jr. The Clerk is directed to prepare Summonses for Defendants Musselwhite, Kelly, Green, Epperly, and Woods. The United States Marshal is directed to serve the Summonses, Complaint, Amended Complaint, Supplemental Brief, and this Order on the aforementioned Defendants at the Dub Brassell Detention Center, without prepayment of fees and costs or security therefor.[2]

---

[1] The Court attempted to mail Mr. Stephens a copy of the Magistrate Judge's Recommended Disposition. On November 30, 2020, the mail was retuned undeliverable because Mr. Stephens is no longer located at the address he provided to the Court. Under Local Rule 5.5(c)(2), "[i]t is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address . . . ."

[2] If service is performed by mail, service must be sent via certified mail with a return receipt requested and delivery restricted to the addressee. If any Defendant is no longer employed by Jefferson County or the Dub Brassell Detention Center, the individual responding to service must file a sealed statement providing the unserved Defendant's last known private mailing address.

The claim against Officer O'Neal is DISMISSED without prejudice. The Dub Brassell Detention Center is DISMISSED with prejudice as a party to this action. Mr. Stephens's Motion for Writ of Certiorari and Writ of Prohibition (Doc. 8) is DENIED. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order would not be taken in good faith.

IT IS SO ORDERED this 9th day of December 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT COURT