# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

CARL STEPHENS                                                                                          PLAINTIFF

V.                               No. 4:20CV00918-LPR-JTR

CODY MUSSELWHITE,
Taskforce Officer, *et al.*                                                                       DEFENDANTS

## ORDER

On November 30 and December 3, 2020, mail sent to Plaintiff Carl Stephens ("Stephens") at his address of record, the W.C. "Dub" Brassell Adult Detention Center ("DBDC"), was returned undelivered, with the notation "No longer housed at this facility." *Docs. 12 & 13.* According to its website, Stephens is no longer incarcerated in the DBDC. He has not provided the Court with a change of address. The Court has previously notified Stephens of his obligation, under Local Rule 5.5(c)(2), to maintain a valid mailing address with the Clerk of this Court. *Docs. 3 & 14.* Furthermore, if he has been released, Stephens must notify the Court whether he wishes to pursue this lawsuit and, if so, he must file an updated *in forma pauperis* application or pay the filing fee for this action.

IT IS THEREFORE ORDERED THAT:

1.      The Clerk is directed to mail Stephens a free-world Application to Proceed *In Forma Pauperis.*

2.	If Stephens wishes to continue pursuing this lawsuit, he must, **within thirty (30) days of the date of this Order**: (a) file a notice of his current mailing address; and (b) if he has been released, file a free-world Application to Proceed *In Forma Pauperis,* <u>or</u> pay the $400 filing and administrative fees for this action.[1] If he does not timely and properly comply with this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

IT IS SO ORDERED this 22nd day of December, 2020.

*/s/ J. Thomas Ray*
UNITED STATES MAGISTRATE JUDGE

---

[1] According to the Court's records, Stephens has made no payments toward the filing fee that was assessed in August 2020. *See Doc. 3.*