IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARL STEPHENS**                                                                                  **PLAINTIFF**

v.                                    Case No. 4:20-cv-00918-LPR-JTR

**CODY MUSSELWHITE,**
**Taskforce Officer,** *et al.*                                                                    **DEFENDANTS**

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray. No objections have been filed, and the time to do so has now passed. After careful review of the Recommended Disposition and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Stephens' claims are DISMISSED without prejudice for failure to prosecute. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 16th day of April, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE