# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CARL STEPHENS**                                                                                      **PLAINTIFF**

**v.**                                    **Case No. 4:20-cv-00918-LPR-JTR**

**CODY MUSSELWHITE,**
**Taskforce Officer,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Consistent with previous Orders of dismissal entered in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice for failure to prosecute. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment or the accompanying Orders would not be taken in good faith.

IT IS SO ADJUDGED this 16th day of April, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE